IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-CR- |
| v. | **INFORMATION** |
| THOMAS JAMES MORFORD, | 26 U.S.C. § 7202 |
| Defendant. | 26 U.S.C. § 7203 |

**THE UNITED STATES ATTORNEY CHARGES:**

### Count 1
### (Willful Failure to Pay Over Employment Taxes)

The defendant, THOMAS JAMES MORFORD, resided in and conducted business under the name of J&T Concrete Construction, LLC, in the Southern District of Iowa and did exercise control over every aspect of J&T Concrete Construction, LLC's business affairs, including approving all payments by the company, controlling all of the company's bank accounts, paying employees, and withholding employment taxes, also called trust fund taxes, which consisted of federal income tax, Social Security tax, and Medicare tax, from employee's pay. During the fourth quarter of 2019, defendant deducted and collected from the total taxable wages of J&T Concrete  Construction, LLC employees the federal income taxes and Federal Insurance Contribution Act (FICA) taxes. On or about January 31, 2020, the defendant did willfully fail to account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contribution Act

taxes withheld, due and owing to the United States for the fourth quarter ending December 31, 2019. Taxes due and owing to the United States for the fourth quarter 2019 totaled approximately $9.077.22.

This is a violation of Title 26, United States Code, Section 7202.

## Count 2
### (Willful Failure to File Income Tax Return)

During the calendar year 2020, the defendant, THOMAS JAMES MORFORD, resided in the Southern District of Iowa and had received a gross income in excess of $12,400.00. By reason of this gross income, he was required by law, on or before May 17, 2021, to file a tax return with the Internal Revenue Service, and any proper officer thereof, stating specifically items of his gross income and any deductions and credits to which he was entitled; and knowing he was required to file, did willfully fail to file this income tax return.

This is a violation of Title 26, United States Code, Section 7203.

By: */s/ Richard D. Westphal*
Richard D. Westphal
United States Attorney